# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| UNIVERSAL HEALTH CARE GROUP, INC., | Case No. 13-bk-01520-KRM |
| American Managed Care, LLC<br>    Debtors.<br>_____/ | Jointly Administered with<br>Case No. 8:13-05952-KRM |
| SABRINA DE LA CONCHA and TOM TOUPS, on behalf of themselves and all others similarly situated, | Adv. Pro No. 8:13-ap-00273-KRM |
|     Plaintiffs, | |
| v. | |
| SONEET R. KAPILA, as Chapter 11 Trustee for Universal Health Care Group, Inc., | |
|     Defendant.<br>_____/ | |

## ORDER CONSOLIDATING CASES

This matter came before the Court on the *ore tenus* motion of Plaintiffs Bryan Frankel and Helen Pantuso and with the consent of the Trustee to consolidate the pending cases of *De La Concha and Toups v. Universal Health Care Group, Inc.*, 8:13-ap-00273-KRM and *Frankel et al v. American Managed Care, LLC*, 8:13-ap-00623-KRM.

The Court having considered the motion, the record, arguments of counsel and otherwise being fully advised pursuant to Federal Rule of Civil Procedure 42 and Federal Rules of Bankruptcy Procedure 1015 and 7042 hereby GRANTS the motion as follows:

1. *Frankel et al v. American Managed Care, LLC*, 8:13-ap-00623-KRM shall be consolidated for all purposes with *De La Concha and Toups v. Soneet R. Kapila*, 8:13-ap-00273-KRM.

2. Henceforth all pleadings shall be filed in *De La Concha and Toups v. Soneet R. Kapila*, 8:13-ap-00273-KRM.

3. All future pleadings filed in the Consolidated Matters shall be styled as set forth on Exhibit A hereto.

4. The Clerk is directed to revise the court file accordingly.

DONE and ORDERED in Chambers at Tampa, Florida on November 25, 2013.

K. Rodney May
United States Bankruptcy Judge

*Attorney for Plaintiffs is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.*

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| UNIVERSAL HEALTH CARE GROUP, INC., | Case No. 13-bk-01520-KRM |
| American Managed Care, LLC     Debtors. _____/ | Jointly Administered with Case No. 8:13-05952-KRM |
| SABRINA DE LA CONCHA, TOM TOUPS, BRYAN FRANKEL and HELEN PANTUSO, on behalf of themselves and all others similarly situated, | LEAD ADVERSARY CASE NO. 8:13-ap-00273-KRM |
|     Plaintiffs, | Administratively Consolidated Adversary Case No. 8:13-ap-00623-KRM |
| v. | |
| AMERICAN MANAGED CARE, LLC and SONEET R. KAPILA, | |
|     Defendants. _____/ | |